In the Matter of AALIYAH W., a Child Alleged to be Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LUVERNA J., Appellant. (Appeal No. 2.) [700 NYS2d 786] —Order unanimously affirmed without costs. Same Memorandum as in Matter of Krystal J. (267 AD2d 1097 [decided herewith]). (Appeal from Order of Erie County Family Court, Dillon, J.—Neglect.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.

 In the Matter of the Arbitration between ALLSTATE INSURANCE COMPANY, Appellant, and RICHARD A. SCHLUETER, Respondent, et al., Respondent. (Appeal No. 1.) [700 NYS2d 882] —Appeal unanimously dismissed without costs (see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc., 147 AD2d 977). (Appeal from Order of Supreme Court, Livingston County, Alonzo, Jr., J.—Arbitration.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.